B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Eastern Division

In re Demeita R. Crooks          ,                                       Case No. 14 B 06774
     Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** EMC Mortgage Corporation | **Court claim no.** (if known): | N/A |
| **Last four digits** of any number you use to identify the debtor's account:     ######2914 | **Date of payment change:**  Must be at least 21 days after date of this notice | 03/01/2014 |
| | **New total payment:**  Principal, Interest, and escrow, if any | $879.75 |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

    **Current escrow payment:** $349.69        **New escrow payment:** $313.37

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

■ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

    **Current interest rate:** _____%      **New interest rate:** _____%

    **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____

    **Current mortgage payment:** _____     **New mortgage payment:** $_____

B 10 (Supplement 1) (12/11) Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor        ■ I am the creditor's authorized agent
                              (attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**x** ____/s/ Maria Georgopoulos_____        Date 4/11/2014
    Signature

**Print:**        ____Maria Georgopoulos_____        Title __Attorney for Creditor__
              First Name    Middle Name    Last Name

Company       __Codilis & Associates, P.C._____

Address       __15W030 North Frontage Road, Suite 100__
              Number        Street
              __Burr Ridge_____        __IL    60527_____
              City                        State      ZIP Code

Contact phone    _(630) 794-5300___        Email __ND-Three@il.cslegal.com____

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  April 11, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  April 11, 2014.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Demeita R. Crooks, Debtor(s), 4121 W. Crystal Street, Chicago, IL 60651
Lorena Hernandez, Attorney for Debtor(s), 105 W Madison, 23rd Floor, Chicago, IL 60602 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604by electronic notice through ECF

      /s/ Maria Georgopoulos

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-09-16457)**

NOTE: This law firm is deemed to be a debt collector.

# RCS
RESIDENTIAL CREDIT SOLUTIONS, INC.
P.O. Box 163349
Ft. Worth, TX 76161-3349
www.residentialcredit.com

DEMEITA R CROOKS
JOHN F CROOKS
4121 W CRYSTAL ST
CHICAGO IL 60651-1833

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Customer Call Center:
1-800-737-1192
Automated Information: 24/7
Monday through Thursday: 7:00 am - 11:00 pm CST
Friday: 7:00 am - 9:00 pm CST
Saturday: 8:00 am - 2:00 pm CST

Correspondence Address
P.O. Box 163889
Ft Worth, TX 76161-3889

Visit our Web Site:
www.residentialcredit.com

Loan Number:
Statement Date: 03/07/14
Analysis Cycle: From 03/14 To 02/15
Property Address: 4121 W CRYSTAL ST
CHICAGO IL 60651

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT ITEMIZED YOUR ACTUAL ESCROW ACCOUNT TRANSACTIONS SINCE YOUR PREVIOUS ANALYSIS STATEMENT OR INITIAL DISCLOSURE. THE PROJECTIONS FROM YOUR PREVIOUS ESCROW ANALYSIS ARE TO THE LEFT OF THE ACTUAL PAYMENTS AND DISBURSEMENTS. BY COMPARING THE ACTUAL ESCROW PAYMENT WITH THE PREVIOUS PROJECTIONS, YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.

PAST YEARS PAYMENT BREAKDOWN:
- PRIN & INTEREST: $566.38
- ESCROW PAYMENT: $349.69
- SHORTAGE PYMT: $99.92
- TOTAL PAYMENT: $1,015.99

| MONTH | PAYMENTS TO ESCROW PROJECTED($) | PAYMENTS TO ESCROW ACTUAL($) | PAYMENTS FROM ESCROW PROJECTED($) | PAYMENTS FROM ESCROW DESCRIPTION | PAYMENTS FROM ESCROW ACTUAL($) | PAYMENTS FROM ESCROW DESCRIPTION | ESCROW BALANCE PROJECTED($) | ESCROW BALANCE ACTUAL($) |
|---|---|---|---|---|---|---|---|---|
| | | | | STARTING BALANCE | | | 2,038.12 | -5,621.60 |
| 10/13 | 349.69 | 487.40 | 0.00 | | 0.00 | | 2,387.81 | -5,134.20 |
| 11/13 | 349.69 | 0.00 | 0.00 | | 0.00 | | 2,737.50 | -5,134.20 |
| 12/13 | 349.69 | 0.00 | 0.00 | | 0.00 | | 3,087.19 | -5,134.20 |
| 01/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 3,436.88 | -5,134.20 |
| 02/14 | 349.69 | 0.00 | 1,978.00 | HAZARD INSURANC | 1,452.22* | COUNTY/CITY TAX | 1,808.57 | -6,586.42 |
| 02/14 | 0.00 | 0.00 | 1,109.19 | COUNTY/CITY TAX | 0.00 | | 699.38 | -6,586.42 |
| 03/14 | 349.69 | 0.00 | 0.00 | | 856.00* | HAZARD INSURANC | 1,049.07 | -7,442.42 LP |
| 04/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 1,398.76 | -7,442.42 |
| 05/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 1,748.45 | -7,442.42 |
| 06/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 2,098.14 | -7,442.42 |
| 07/14 | 349.69 | 0.00 | 1,109.19 | COUNTY/CITY TAX | 0.00 | | 1,338.64 | -7,442.42 |
| 08/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 1,688.33 | -7,442.42 |
| 09/14 | 349.69 | 0.00 | 0.00 | | 0.00 | | 2,038.02 | -7,442.42 |
| TOTAL | 4,196.28 | 487.40 | 4,196.38 | | 2,308.22 | | | |

LAST YEAR WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW WOULD BE MADE DURING THIS PERIOD EQUALLING $4,196.38. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED ($5,134.20) OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE (LP) WAS ($7,442.42).

AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-737-1192.

**Your anticipated low point may or may not have been reached based on one or more of the following reasons:**

**PAYMENT(S)**
- Monthly payment(s) received were lesser OR greater than expected
- Monthly payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

If your loan is currently subject to a bankruptcy proceeding or the debt has been discharged in a Chapter 7 bankruptcy proceeding, this letter is for informational purposes, relates only to the collateral property and is not an attempt to collect a debt from you personally.

**NAME: DEMEITA R CROOKS**  **Continue of Account:** ▮▮▮▮▮▮▮▮
For ESCROW DISCLOSURE STATEMENT

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS

LOAN NUMBER: ▮▮▮▮▮▮▮▮        03/2014   THRU   02/2015                Date: 03/07/14

**PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.**

--------------- PROJECTED ESCROW DISBURSEMENTS ---------------

| | |
|---|---|
| HAZARD INSURANC | $856.00 |
| COUNTY/CITY TAX | $2,904.44 |
| TOTAL PROJECTED ESCROW DISBURSEMENTS | $3,760.44 |

ESCROW PAYMENT CALCULATIONS: $3,760.44   DIVIDED BY 12 =   $313.37

| MONTH | TO ESCROW ($) | FROM ESCROW ($) | DESCRIPTION | REQUIRED ($) | ACTUAL ($) | |
|---|---|---|---|---|---|---|
| | | | STARTING BALANCE | 2,659.85 | 2,659.85 | |
| 03/14 | 313.37 | .00 | | 2,973.22 | 2,973.22 | |
| 04/14 | 313.37 | .00 | | 3,286.59 | 3,286.59 | |
| 05/14 | 313.37 | .00 | | 3,599.96 | 3,599.96 | |
| 06/14 | 313.37 | .00 | | 3,913.33 | 3,913.33 | |
| 07/14 | 313.37 | 1,452.22 | COUNTY/CITY TAX | 2,774.48 | 2,774.48 | |
| 08/14 | 313.37 | .00 | | 3,087.85 | 3,087.85 | |
| 09/14 | 313.37 | .00 | | 3,401.22 | 3,401.22 | |
| 10/14 | 313.37 | .00 | | 3,714.59 | 3,714.59 | |
| 11/14 | 313.37 | .00 | | 4,027.96 | 4,027.96 | |
| 12/14 | 313.37 | .00 | | 4,341.33 | 4,341.33 | |
| 01/15 | 313.37 | .00 | | 4,654.70 | 4,654.70 | |
| 02/15 | 313.37 | 856.00 | HAZARD INSURANC | 4,112.07 | 4,112.07 | |
| 02/15 | .00 | 1,452.22 | COUNTY/CITY TAX | 2,659.85 | 2,659.85 | LP |
| TOTAL | 3,760.44 | 3,760.44 | | | | |

-------------------- LOW BALANCE SUMMARY --------------------

| | |
|---|---|
| PROJECTED LOW POINT | $2,659.85 |
| ALLOWABLE LOW POINT | $626.74 |

THE RESERVE AMOUNTS BY FEDERAL LAW (RESPA) IS TWO TIMES YOUR MONTHLY ESCROW PAYMENT (EXCLUDING MIP/PMI), UNLESS STATE LAW SPECIFIES A LOWER AMOUNT.

YOUR ESCROW RESERVE FOR THIS CYCLE IS $626.74.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

**BELOW IS YOUR NEW MONTHLY PAYMENT BREAKDOWN FOR THE NEXT 12 MONTHS EFFECTIVE  03/01/14:**

| | |
|---|---|
| PRIN & INTEREST | $566.38 |
| ESCROW PAYMENT | $313.37 |
| TOTAL | $879.75 |